# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 2, 2020

Lyle W. Cayce
Clerk

No. 20-30427
Summary Calendar

Manuel Alexander Arizmendi-Burgos,

*Petitioner—Appellant*,

*versus*

David Cole; J. Harnett,

*Respondents—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:20-CV-354

Before Higginbotham, Jones, and Costa, *Circuit Judges*.

Per Curiam:*

Manuel Alexander Arizmendi-Burgos, who is detained by the Bureau of Immigration and Customs Enforcement, appeals from an order denying him relief on a motion for a temporary restraining order. The denial of a temporary restraining order is not an appealable order. *See Faulder v.*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-30427

*Johnson*, 178 F.3d 741, 742 (5th Cir. 1999); *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993).  Accordingly, we DISMISS the appeal for want of jurisdiction.    Arizmendi-Burgos's motion to expedite consideration of the appeal is DENIED as moot.